Stephen C. Willey, WSBA #24499
SAVITT BRUCE & WILLEY LLP
1425 Fourth Ave., Suite 800
Seattle, WA 98101-2272
T: (206) 749-0500; F: (206) 749-0600

*Attorneys for Defendants Cavalry SPV I, LLC
And Mandarich Law Group, LLP*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNELL MCQUISTION on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAVALRY SPV I, LLC, and MANDARICH LAW GROUP, LLP,<br><br>Defendants. | NO.<br><br>**ATTORNEY VERIFICATION OF STATE COURT RECORD** |

The undersigned counsel for Defendants Cavalry SPV I, LLC and Mandarich Law Group, LLP hereby certifies that the documents attached hereto as <u>Exhibit A</u>, are true and correct copies of the complete records and proceedings known to Defendant in the state court action captioned *Donnell McQuistion v. Cavalry SPV I, LLC and Mandarich Law Group, LLP*, filed as Case No. 21-2-03354-32 in Spokane County Superior Court

///

///

ATTORNEY VERIFICATION
OF STATE COURT RECORD - 1

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED: December 29, 2021.

**SAVITT BRUCE & WILLEY LLP**

By  /s/ Stephen C. Willey
Stephen C. Willey, WSBA #24499
1425 Fourth Avenue, Suite 800
Seattle, WA  98101-2272
Tel: (206) 749-0500
Fax (206) 749-0600
Email: swilley@sbwllp.com

*Attorneys for Cavalry SPV I, LLC and Mandarich Law Group, LLP*

ATTORNEY VERIFICATION
OF STATE COURT RECORD - 2

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, I caused a true and correct copy of the foregoing document to be served on the following in the manner(s) indicated:

Kirk D. Miller, WSBA #40025  
Kirk D. Miller, P.S.  
421 W. Riverside Ave., Suite 660  
Spokane, WA 99201  
Telephone: (509) 413-1494  
Email: kmiller@millerlawspokane.com

☐ Via E-Filing  
☐ Via Legal Messenger  
☒ Via Email  
☒ Via U.S. Mail  
☐ Via Fax

*Attorneys for Plaintiff*

DATED this 29th day of December, 2021 at Seattle, Washington.

_____  
Nate Garberich

CERTIFICATE OF SERVICE

**SAVITT BRUCE & WILLEY LLP**  
1425 Fourth Avenue Suite 800  
Seattle, Washington 98101-2272  
(206) 749-0500